AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

18 U.S.C. § 1028(a)(6) - Possession of an Identification Document that was Stolen or Produced without Lawful Authority - Class A Misdemeanor

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
Maximum Prison Term of One Year;
Maximum Fine $100,000;
Mandatory Supervised Release of One Year;
Mandatory Special Assessment of $25.

---- DEFENDANT - U.S. ----
ANGEL ESCOBAR
a/k/a Carlos Efrain Adames Perez
a/k/a Carlos Efrain Adames

DISTRICT COURT NUMBER
CR 07 0339 MAG

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

State Department

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70236 EMC

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
DEREK R. OWENS, SAUSA

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

MAY 30 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

UNITED STATES OF AMERICA,                    No. CR 07 0339

    Plaintiff,

    v.

ANGEL ESCOBAR,
    a/k/a Carlos Efrain Adames Perez,
    a/k/a Carlos Efrain Adames,

    Defendant.

VIOLATION: Title 18, United States Code, Section 1028(a)(6) – Possession of a False or Stolen United States Identification Document (Class A Misdemeanor)

SAN FRANCISCO VENUE

INFORMATION

The United States Attorney charges:

On or about May 20, 2002, in the Northern District of California, the defendant,

ANGEL ESCOBAR,
a/k/a Carlos Efrain Adames Perez,
a/k/a Carlos Efrain Adames,

knowingly possessed an identification document and authentication feature that was or appeared to be an identification document and authentication feature of the United States, to wit: a Puerto Rican birth certificate bearing the name of Carlos Efrain Adames Perez and the number 152-1974-02453-000000-212059, which was produced without lawful authority, knowing that such

INFORMATION

1  document or feature was produced without such authority, in violation of Title 18, United States
2  Code, Section 1028(a)(6), a Class A Misdemeanor.
3
4  DATED: 5/25/07                                     SCOTT N. SCHOOLS
                                                      United States Attorney
5
6
7                                                     GREGG LOWDER
                                                      Deputy Chief, Major Crimes Section
8
9  (Approved as to form: _____)
                           DEREK R. OWENS
10                         Special Assistant United States Attorney

INFORMATION