| DOCUMENTS UNDER SEAL ☐ | DOCUMENT NUMBER: |
|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Lashanda Scott | REPORTER/FTR: 10:48-11:10 |
| MAGISTRATE JUDGE: Bernard Zimmerman | DATE: June 21, 2007 | NEW CASE ☐ | CASE NUMBER: CR07-0339 MAG |

### APPEARANCES

| DEFENDANT: Angel Escobar | AGE: 35 | CUST: N | P/NP: P | ATTORNEY FOR DEFENDANT: Ronald Tyler | PD ☐ RET ☐ APPT ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Eli Schlam L/C | | INTERPRETER: Spanish - Nina Safdie Enoch | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: Josh Libby | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS – 1 min |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND SIGNING | ☐ IA REV PROB. or S/R | ☐ BAIL REVIEW |
| ☐ DETENTION HRG | ☐ ID/REMOVAL HRG | ☒ CHANGE PLEA – 21 min | ☐ PROB. REVOC. | ☐ SUP REL HRG |

FILED JUN 21 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME: Angel Ortiz Escobar |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY: $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☒ CONSENT ENTERED | ☐ NOT GUILTY | ☒ GUILTY | GUILTY TO COUNTS: ☒ one of the information |
|---|---|---|---|
| ☒ PRESENTENCE REPORT ORDERED | ☒ CHANGE OF PLEA | ☒ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 09/26/2007 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: 1:30 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. BZ | ☐ DETENTION HEARING | ARRAIGNMENT | ☐ MOTIONS | ☒ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

cc: BZ, Pretrial, Probation