1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CASBN 202121)
3  Acting Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6488
7       Fax: (415) 436-7234
        derek.owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,        )    No. CR 07-00339 MAG
                                    )
15       Plaintiff,                 )
                                    )    **NOTICE OF CHANGE OF COUNSEL**
16    v.                            )
                                    )
17 ANGEL ESCOBAR,                   )
                                    )
18       Defendant.                 )
                                    )
19 _____ )

20

21      The United States Attorney's Office hereby files this Notice of Change of Counsel to

22 advise the court that the assigned Special Assistant United States Attorney ("SAUSA") for this

23 case is Wendy Thomas. Future ECF notices should be sent to SAUSA Thomas only at the email

24 address of wendy.thomas@usdoj.gov. AUSA Derek Owens should be removed from the list

25 //

26 //

27 //

28 //
   NOTICE OF CHANGE OF COUNSEL
   [CR 07-00339 MAG]

1 | of persons to be noticed.
2 |
3 | DATED: July 31, 2007                    Respectfully submitted,
4 |                                          SCOTT N. SCHOOLS
  |                                          United States Attorney
5 |
6 |                                            /s/ Derek Owens
  |                                          DEREK OWENS
7 |                                          Assistant United States Attorney
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

NOTICE OF CHANGE OF COUNSEL
[CR 07-00339 MAG]