1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00339 MAG (BZ) |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING; [PROPOSED] ORDER** |
| v. ) | |
| ) | |
| ANGEL ESCOBAR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Wednesday, September 26, 2007, at 9:30 a.m., be continued to Wednesday, November 14, 2007, at 10:00 a.m. The reason for the continuance is that the defendant needs additional time to appear for the pre-sentence interview and present information to the probation department requires 60 days from the interview date. The interview is set for September 14, 2007.

//

//

//

STIPULATION TO CONTINUE
HEARING
No. CR 07-00339 MAG (BZ)                    1

1     Accordingly, the parties agree to a sentencing date of November 14, 2007.

2     It is so stipulated.

3

4 Dated:    August 30, 2007         _____/S/_____
                                                    RONALD C. TYLER
5                                                     Assistant Federal Public Defender

6 Dated:    August 30, 2007         _____/S/_____
                                                      WENDY THOMAS
7                                                       Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for September 26, 2007, shall be continued to November 14, 2007.

**IT IS SO ORDERED.**

Dated:_____          _____
                                     BERNARD ZIMMERMAN
                                     UNITED STATES MAGISTRATE JUDGE