1 | BARRY J. PORTMAN
Federal Public Defender
2 | RONALD C. TYLER
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
19 th Floor, Box 36106
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00339 MAG (BZ) |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER** |
| v. | ) | |
| ANGEL ESCOBAR, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Wednesday, September 26, 2007, at 9:30 a.m., be continued to Wednesday, November 14, 2007, at 10:00 a.m. The reason for the continuance is that the defendant needs additional time to appear for the pre-sentence interview and present information to the probation department requires 60 days from the interview date. The interview is set for September 14, 2007.

//

//

//

STIPULATION TO CONTINUE
HEARING
No. CR 07-00339 MAG (BZ)                    1

1     Accordingly, the parties agree to a sentencing date of November 14, 2007.

2     It is so stipulated.

3

4 Dated:     August 30, 2007     _____/S/_____
    RONALD C. TYLER
5     Assistant Federal Public Defender

6 Dated:     August 30, 2007     _____/S/_____
    WENDY THOMAS
7     Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING
No. CR 07-00339 MAG (BZ)     2

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for September 26, 2007, shall be continued to November 14, 2007.

**IT IS SO ORDERED.**

Dated: __August 31, 2007_____        _____
                                      BERNARD ZIMMERMAN
                                      UNITED STATES MAGISTRATE JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Bernard Zimmerman]*

STIPULATION TO CONTINUE
HEARING
No. CR 07-00339 MAG (BZ)                    3