1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ESCOBAR
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,         )    No. CR 07-00339 MAG (BZ)
                                      )
12              Plaintiff,            )    **STIPULATION AND [PROPOSED]**
                                      )    **ORDER TO CONTINUE HEARING**
13        v.                          )
                                      )
14  ANGEL ESCOBAR,                    )
                                      )
15              Defendant.            )
                                      )
16

17       The parties agree to continue the sentencing hearing in the above-captioned matter from

18  November 14, 2007 until December 12, 2007. The reason for the continuance is that counsel for

19  Mr. Escobar will be out of the district on office-related travel on the date presently set.

20

21

22

23

24  //

25  //

26  //

STIPULATION TO CONTINUE
HEARING; *U.S. v. Escobar*
*No. CR 07-00339 MAG (BZ)*              1

All counsel and the probation officer are available on the requested date.

It is so stipulated.

Dated:        November 8, 2007                        _____/S/_____
                                                      RONALD C. TYLER
                                                      Assistant Federal Public Defender

Dated:        November 8, 2007                        _____/S/_____
                                                      WENDY THOMAS
                                                      Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for November 14, 2007, shall be continued to December 12, 2007.

**IT IS SO ORDERED.**

Dated:_____        _____
                                         BERNARD ZIMMERMAN
                                         UNITED STATES MAGISTRATE JUDGE