```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  RONALD C. TYLER
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    19 th Floor, Box 36106
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant ESCOBAR
 6
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   No. CR 07-00339 MAG (BZ)
                                   )
12            Plaintiff,           )   STIPULATION AND [PROPOSED]
                                   )   ORDER TO CONTINUE HEARING
13       v.                        )
                                   )
14  ANGEL ESCOBAR,                 )
                                   )
15            Defendant.           )
                                   )
16
17      The parties agree to continue the sentencing hearing in the above-captioned matter from
18  November 14, 2007 until December 12, 2007. The reason for the continuance is that counsel for
19  Mr. Escobar will be out of the district on office-related travel on the date presently set.
20
21
22
23
24  //
25  //
26  //
```

STIPULATION TO CONTINUE
HEARING; *U.S. v. Escobar*
*No. CR 07-00339 MAG (BZ)*            1

All counsel and the probation officer are available on the requested date.

It is so stipulated.

Dated: November 8, 2007        /S/
RONALD C. TYLER
Assistant Federal Public Defender

Dated: November 8, 2007        /S/
WENDY THOMAS
Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for November 14, 2007, shall be continued to December 12, 2007, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 13, 2007

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE
HEARING; *U.S. v. Escobar*
No. CR 07-00339 MAG (BZ)            2